## CHESHIRE v. TAPPAN, administrator, *et al.*

The charge as a whole was a fair and correct presentation to the jury
of the issues involved, and covered fully the substance of the re-
quest preferred by counsel for the defendant, so far as the same was
legal and pertinent. The verdict, after deducting therefrom the
amount which the court ordered to be written off, was fully war-
ranted by the evidence.                      *Judgment affirmed*.
June 25, 1894.

Action on account. Before Judge MARSHALL J.
CLARKE. Fulton superior court. March term, 1893.

This was a suit on account for $281.20, with pleas of set-off and payment. On conflicting evidence the jury found for the plaintiff, and the court denied a new trial on condition that $100 be written off, which was done.

ALEXANDER & LAMBDIN, for plaintiff in error.

ROSSER & CARTER, contra.